UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SEWELL,

Petitioner,

-against-

J.L. JAMISON, WARDEN,

Respondent.

24-CV-4505 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to

28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's

Office for the Southern District of New York that this order has been issued.

Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or

other pleading in response to the petition. Petitioner may file reply papers, if any, within 30 days

from the date Petitioner is served with Respondent's answer or other pleading.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se*

Petitioner.

SO ORDERED.

Dated:   July 8, 2024
        New York, New York

_____
DALE E. HO
United States District Judge