UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Sewell,<br><br>                    Petitioner,<br><br>          v.<br><br>J.L. Jamison,<br><br>                    Respondent. | 24-CV-4505 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On June 6, 2024, Respondent filed a petition for a writ of habeas corpus under § 28 U.S.C. 2241.  *See* ECF No. 1.  Respondent filed a memorandum of law in opposition to Petitioner's petition on September 9, 2024.  *See* ECF No. 7.  Per this Court's Order issued on July 8, 2024, *see* ECF No. 4, Petitioner may file reply papers by **October 21, 2024**.

It is hereby **ORDERED** that Respondent shall serve its memorandum of law in opposition to Petitioner's petition for a writ of habeas corpus on Petitioner via Federal Express and file proof of service by **September 19, 2024.**

SO ORDERED.

Dated: September 16, 2024
       New York, New York

_____
DALE E. HO
United States District Judge