UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID SEWELL,<br><br>                    Plaintiff,<br><br>         v.<br><br>J.L. JAMISON,<br><br>                    Defendant. | 24-CV-4505 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On June 6, 2024, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  *See* ECF No. 1.  Respondent filed a memorandum of law in opposition to Petitioner's petition on September 9, 2024.  *See* ECF No. 7.  On September 17, 2024, this Court directed Respondent to serve its memorandum of law in opposition to Petitioner's petition for a writ of habeas corpus on Petitioner via Federal Express on Petitioner and file proof of service by September 19, 2024.  *See* ECF No. 9.  However, due to unforeseen circumstances, Petitioner's address on ECF was not accurate at the time of this Court's September 17th Order.

Therefore, it is hereby **ORDERED** that Respondent shall re-serve its memorandum of law in opposition to Petitioner's petition for a writ of habeas corpus on Petitioner via Federal Express and file proof of service **by October 7, 2024**.  Respondent shall send its memorandum to Petitioner at the following address:

David Sewell

72629-509

P.O. Box 1000

Cresson, PA 16630

Due to the delay, Petitioner may file reply papers by **November 18, 2024**.

SO ORDERED.

Dated: October 2, 2024
New York, New York

_____
DALE E. HO
United States District Judge