**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DAVID SEWELL,

                               Petitioner,             24 **CIVIL** 4505 (DEH)

        -against-                               **JUDGMENT**

J.L. JAMISON, Warden, Federal Correctional
Institution, Otisville,

                              Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2026, Mr. Sewell's Petition is DENIED. As Mr. Sewell has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; accordingly, the case is closed.

**DATED:** New York, New York

        March 31, 2026

                                       **TAMMI M. HELLWIG**

                                         **Clerk of Court**

                 **BY:**

                                     **Deputy Clerk**